# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HYUNDAI MOTOR COMPANY AND HYUNDAI MOTOR AMERICA,<br><br>  Plaintiffs,<br><br>v.<br><br>AIOEUOIA, et al.,<br><br>  Defendants. | Case No. 25-cv-14567<br><br>**Judge Rebecca R. Pallmeyer**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Hyundai Motor Company and Hyundai Motor America ("Plaintiffs") hereby dismiss this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| KaiYoung | 23 |
| OLIKEAUTOPARTS | 27 |
| Roadstar Auto Parts | 64 |

Dated this 29th day of January 2026.     Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiffs Hyundai Motor Company and Hyundai Motor America*