**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HYUNDAI MOTOR COMPANY AND HYUNDAI MOTOR AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>AIOEUOIA, et al.,<br><br>Defendants. | Case No. 25-cv-14567<br><br>**Judge Rebecca R. Pallmeyer**<br><br>**Magistrate Judge Gabriel A. Fuentes** |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Hyundai Motor Company and Hyundai Motor America ("Plaintiffs") hereby dismiss this action as to the following Defendants:

| **Defendant Name** | **Line No.** |
|---|---|
| BOLAY CAR | 5 |
| fendle | 10 |
| gwokcit | 15 |
| mipicarus | 26 |
| ontto car accessory | 29 |
| Sanrily Brand Store US | 36 |

Dated this 5th day of February 2026. Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiffs Hyundai Motor Company and Hyundai Motor America*